## United States District Court for the Northern District of Illinois

Case Number: 08CV2721        Assigned/Issued By: DAJ

Judge Name: ASPEN           Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

[ ] IFP         [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2767492

Date Payment Rec'd: 05/12/08       Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

                                     (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
       (Type of Writ)

1  Original and  0  copies on  05/12/08  as to  DEF.  _____
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05