# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Araceli Rico
                Plaintiff,

v.
                                    Case No.: 1:08−cv−02721
                                    Honorable Marvin E. Aspen

Davis Bancorp Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 8/14/2008 and continued to 4/2/2009 at 10:30 AM. The Court adopts Sections A, B & C of the parties' scheduling order. Parties are to file in open court cross−motions for summary judgment with supporting briefs.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.